1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| ROBERT GABRIELSON,<br><br>              Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; GEICO CORPORATION EMPLOYEE WELFARE BENEFIT PLAN,<br><br>              Defendants. | Case No.: 09 CV 1238 H(NLS)<br><br>Action Filed : 06/08/2009<br><br>**ORDER ON JOINT MOTION AND STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT**<br><br>**[Local Rules 7.2 and 12.1]** |

1  Upon consideration of the parties' Joint Motion and Stipulation to Extend
2  Time for Response to Complaint, AND FOR GOOD CAUSE APPEARING,
3
4  IT IS HEREBY ORDERED THAT the parties' Stipulation shall be the Order
5  of the Court and that Attorneys for Defendants Metropolitan Life Insurance
6  Company and Geico Corporation Employee Welfare Benefit Plan shall have up to
7  and including July 31, 2009 to file a response to Plaintiff Robert Gabrielson's
8  Complaint in this action.
9
10 IT IS SO ORDERED.

13 Dated: August 6, 2009

HON. JEFFREY MILLER
U.S. DISTRICT COURT JUDGE

-1-