1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| ROBERT GABRIELSON, | Case No.: 09 CV 1238 H(NLSx) |
|---|---|
| Plaintiff, | Action Filed : 06/08/2009 |
| vs. | **ORDER ON JOINT EX PARTE APPLICATION AND STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE** |
| METROPOLITAN LIFE INSURANCE COMPANY; GEICO CORPORATION EMPLOYEE WELFARE BENEFIT PLAN, | |
| Defendants. | [Docket No. 15.] |

1    Upon consideration of the parties' Joint Motion and Stipulation to Continue
2 the Early Neutral Evaluation Conference, AND FOR GOOD CAUSE
3 APPEARING, IT IS HEREBY ORDERED THAT the parties' Joint Motion is
4 GRANTED and the Early Neutral Evaluation Conference, currently set for
5 September 14, 2009 at 2:30 p.m. in the Chambers of Magistrate Judge Nita L.
6 Stormes is continued to October 14, 2009 at 10:00 a.m. at the same location.  Early
7 Neutral Evaluation Statements shall be lodged no later than October 8, 2009.  All
8 other provisions of the August 5, 2009 Notice and Order Setting Early Neutral
9 Evaluation shall remain unchanged.

11    IT IS SO ORDERED.

14  Dated: September 3, 2009                    _____
15                                               HON. NITA L. STORMES
                                                 UNITED STATES MAGISTRATE JUDGE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-